UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH ASHFORD, | : CIVIL ACTION NO. 3:CV-15-2166 |
| Plaintiff | : (Judge Nealon) |
| v. | : |
| THOMAS H. KELLY, et al., | : |
| Defendants | : |

## ORDER

**AND NOW, THIS 16th DAY OF NOVEMBER 2015, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's complaint is **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

/s/ William J. Nealon
**United States District Judge**